AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America<br>v.<br>Alan HERNANDEZ | )<br>)<br>)<br>)<br>)<br>) | Case No. 12-8424-WM |
| *Defendant(s)* | | |

FILED by ____ D.C.

NOV 01 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ____October 25, 2012____ in the county of ____Palm Beach____ in the ____Southern____ District of ____Florida____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. §§ 1326(a) and (b)(2) | Illegal re-entry after removal |

This criminal complaint is based on these facts:
See attached affidavit of Deportation Officer Andy Korzen:

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Deportation Officer Andy Korzen
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ____11/01/2012____

_____
*Judge's signature*

City and state: ____West Palm Beach, Florida____   U.S. Magistrate Judge William Matthewman
*Printed name and title*

## AFFIDAVIT

I, Andy Korzen, being duly sworn, depose and state as follows:

1. I am a Deportation Officer with the United States Department of Homeland Security, Immigration and Customs Enforcement ("ICE") and have been so employed for over nine years. Your affiant is currently assigned to the Enforcement and Removal Operations, Criminal Alien Program, Stuart, Florida. As a Deportation Officer with ICE, my duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. The information contained in this affidavit is based upon my own knowledge, a review of the alien file corresponding to Alan HERNANDEZ, as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding this investigation but only those facts necessary to establish probable cause to charge.

3. On or about October 25, 2012, Alan HERNANDEZ was arrested on State law offenses and booked into the Palm Beach County Jail. Upon booking, his fingerprints were scanned into the Integrated Automated Fingerprint Identification System ("IAFIS"), an FBI database that matches scanned fingerprints against existing fingerprints in the system. This revealed that the subject's fingerprints matched those of Alan HERNANDEZ, a citizen and national of Guatemala, assigned Alien Number *** *** 790, who had been previously removed from the United States.

4. On or about October 26, 2012, your affiant received a certified copy of the fingerprint card containing the prints taken in connection with Alan HERNANDEZ's

1

October 25, 2012 arrest.

5. On or about October 30, 2012, your affiant received the alien file assigned alien number \*\*\* \*\*\* 790 corresponding to Alan HERNANDEZ. Original records within that alien file show that Alan HERNANDEZ is a native and citizen of Guatemala who was ordered removed from the United States on or about July 21, 1997. A Warrant of Removal was executed on or about February 17, 1999, whereby Alan HERNANDEZ was removed from the United States. Prior to being removed from the United States, law enforcement officers obtained Alan HERNANDEZ's fingerprint on the Warrant of Removal.

6. Additional records contained in the immigration file assigned to Alan HERNANDEZ show that on or about October 2, 1996, in the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, State of Florida, Alan Hernandez was convicted of the offense of throwing a deadly missile into an occupied vehicle and in three separate cases was convicted of the offense of burglary of a dwelling.

7. Martin County Sheriff's Office Diane Crowther latent print examiner conducted a fingerprint comparison in this case. She compared the prints appearing on the aforementioned fingerprint card with the print appearing on the Warrant of Removal. The fingerprint comparison confirmed that the fingerprint impressions were made by one and the same person.

8. Your affiant performed a record check in the Computer Linked Application Informational Management System (CLAIMS) to determine if Alan HERNANDEZ filed an application for permission to reapply for admission into the United States after

deportation or removal. After a search was performed in that database system, no record was found to exist indicating that Alan HERNANDEZ obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law. Certificate of Non-Existence of Record has been requested from Bureau of Citizenship and Immigration Services.

9. Based on the foregoing, your affiant believes that there exists sufficient probable cause to charge Alan HERNANDEZ with violating Title 8, United States Code, Sections 1326(a) and (b)(2).

*[signature]*
Andy Korzen
Deportation Officer
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 1st day of November 2012,
in West Palm Beach, Florida.

*[signature]*
Honorable William Matthewman
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No.  12-8424-WM

UNITED STATES OF AMERICA

vs.

ALAN HERNANDEZ,

            Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?    _____ Yes   _X_ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?    _____ Yes   _X_ No

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

BY: _____
WILLIAM ZLOCH
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0105619
500 S. Australian Avenue, Suite 400
West Palm Beach, FL 33401-6235
Tel: (561) 820-8711
Fax: (561) 820-8777
William.Zloch@usdoj.gov